```
```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 0 8 2016 ★
BROOKLYN

---

**NEVIN SADHOO,**

               Plaintiff,

- against -

**TRIPORT INTERNATIONAL AIRCRAFT GROUND EQUIPMENT REPAIRS, INC., TRIPORT INT'L FLEET MAINTENANCE & REPAIR, INC., ANTHONY NICOLETTI**

               Defendants.

**DECISION AND ORDER**

15-cv-02832 (AMD)(LB)

---

**ANN DONNELLY, District Judge.**

Nevin Sadhoo commenced this action pursuant to the Fair Labor Standards Act on May 15, 2015. In a Report and Recommendation issued on June 14, 2016, Magistrate Judge Lois Bloom recommended that the Court dismiss this case without prejudice because of the plaintiff's failure to comply with Court orders pursuant to Rules 16(f) and 37(b) of the Federal Rules of Civil Procedure and for his failure to prosecute this action pursuant to Rule 41(b). (ECF 29.) No party has objected to Judge Bloom's Report and Recommendation within the time prescribed by 28 U.S.C. §636(b)(1). For the reasons that follow, I adopt Judge Bloom's report in its entirety.

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Where, as here, no party has objected to the magistrate judge's recommendation, "a district court need only satisfy itself that there is no clear error on the face of

the record." *Urena v. New York*, 160 F.Supp.2d 606, 609-10 (S.D.N.Y. 2001) (quoting *Nelson v. Smith*, 618 F.Supp. 1186, 1189 (S.D.N.Y. 1985)).

This Court has reviewed Judge Bloom's thorough and well-reasoned opinion, and not only finds no error, but concurs in every respect with her conclusions. Accordingly, this action is dismissed without prejudice pursuant to Rules 16(f), 37(b), and 41(b), and the Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

s/Ann M. Donnelly

Ann M. Donnelly
United States District Judge

Dated: Brooklyn, New York
      July 8, 2016